JAMES M. PATTERSON, Plaintiff in Error, v. ALBERT G. HOLLISTER, Defendant in Error.

*Practice—Motion to strike out.*—A motion to strike out part of a pleading, described by reference to line and page, does not sufficiently specify the part referred to, and the Supreme Court will not review the action of the inferior court upon such motion.

*Error to Holt Circuit Court.*

*H. M. Vories*, for plaintiff in error.

BATES, Judge, delivered the opinion of the court.

This is a suit upon a promissory note, to which a defence, in its nature legal, was set up. A motion was made to strike

out a portion of the answer, described as beginning at a certain word in a certain line of the answer, and ending at another word in another line. We cannot tell to what portion of the answer the motion applied, and cannot therefore review it. The case was tried by the court without a jury, and no declarations of law were asked.

We cannot review the judgment.

Judgment affirmed. Judges Bay and Dryden concur.